IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.114.252.126

**ISP:** Optimum Online
**Physical Location:** Highland Park, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/28/2018 04:27:03 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 04/27/2018 22:32:18 | C1543F45AF1BC5A1B4CD9CE49D301B6F8B42D011 | In The Mood |
| 04/06/2018 20:16:45 | FF2EE4F54378A613CD7C5CA29F82E192FDBE95FF | Clear Wet Dream |
| 03/24/2018 00:19:27 | 1DC18694AC7C4137ED000A3C9F62EC4518FE642D | Friends With Benefits |
| 03/10/2018 23:41:54 | 810F718284935724DDC5BB37B073214111ADD705 | Honeymoon Sex |
| 03/04/2018 00:13:53 | 37F41B40ACB3725939DCA7D1648F32B9DF878375 | Hot Blooded |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

CNJ753