**Copyrights-In-Suit for IP Address 69.114.252.126**

**ISP:** Optimum Online
**Location:** Highland Park, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Kiss From A Rose | PA0002036766 | 09/23/2016 | 12/05/2016 | 05/28/2018 |
| In The Mood | PENDING | 04/25/2018 | 05/01/2018 | 04/27/2018 |
| Clear Wet Dream | PENDING | 04/04/2018 | 05/01/2018 | 04/06/2018 |
| Friends With Benefits | PENDING | 03/21/2018 | 03/28/2018 | 03/24/2018 |
| Honeymoon Sex | PENDING | 03/09/2018 | 03/28/2018 | 03/10/2018 |
| Hot Blooded | PENDING | 03/03/2018 | 03/05/2018 | 03/04/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  6**

EXHIBIT B

CNJ753